**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:26-PO-4-ALS |
| | : | |
| v. | : | VIOLATION: |
| | : | 36 C.F.R. § 327.02(b) |
| ZACHERY J. JAYE<br>Defendant. | : | |

## ORDER TO DISMISS

Before the Court is the United States' motion to dismiss the citation as to Defendant Zachery J. Jaye. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Citation and hereby ORDERS that the pending Citation against Defendant Zachery J. Jaye be DISMISSED.

**SO ORDERED**, this 27th day of August 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE